NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KIMBERLY-CLARK WORLDWIDE, INC. and KIMBERLY-CLARK GLOBAL SALES, LLC,**
*Plaintiffs-Appellees,*

v.

**FIRST QUALITY BABY PRODUCTS, LLC and FIRST QUALITY RETAIL SERVICES, LLC,**
*Defendants-Appellants.*

---

2010-1382

---

Appeal from the United States District Court for the Eastern District of Wisconsin in case no. 09-CV-0916, Judge William C. Griesbach.

---

## ON MOTION

---

Before RADER, *Chief Judge*, BRYSON and MOORE, *Circuit Judges.*

RADER, *Chief Judge.*

## ORDER

First Quality Baby Products, LLC, and First Quality Retail Services, LLC, collectively "First Quality," move for

a stay of a preliminary injunction issued by the United States District Court for the Eastern District of Wisconsin. Kimberly-Clark Worldwide, Inc. and Kimberly-Clark Global Sales, LLC, collectively "Kimberly-Clark," oppose.

Kimberly-Clark sued First Quality for infringement of a number of product and process patents relating to refastenable pants. Kimberly-Clark successfully moved for a preliminary injunction on four process patents covering aspects of refastenable-pant manufacture. First Quality moves to stay that injunction pending appeal.

To obtain a stay, pending appeal, a movant must establish a strong likelihood of success on the merits, or, failing that, nonetheless demonstrate a substantial case on the merits provided that the harm factors militate in its favor. *Hilton v. Braunskill,* 481 U.S. 770, 778 (1987). In deciding whether to grant a stay, pending appeal, this court "assesses the movant's chances of success on the merits and weighs the equities as they affect the parties and the public." *E.I. du Pont de Nemours & Co. v. Phillips Petroleum Co.,* 835 F.2d 277, 278 (Fed. Cir. 1987). *See also Standard Havens Prods. v. Gencor Indus.,* 897 F.2d 511 (Fed. Cir. 1990).

Based on the motions papers submitted, and without prejudicing the ultimate disposition of this appeal by a merits panel, we determine that First Quality has not met its burden to obtain a stay of the preliminary injunction.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

AUG -2 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 02 2010

JAN HORBALY
CLERK

cc:  Constantine L. Trela, Jr., Esq.
     Kenneth P. George, Esq.

s23